**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        **ORDER**
                                    :
                                    :
                                    :        17-cr-120        ( JSR )
                                    :          Docket #
Brian Colon                         :
------------------------------------x


  Jed S. Rakoff                , **DISTRICT JUDGE**.
       Judge's Name

The attorney retained in this case,

  William Stampur                 is hereby ordered
       Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                                        **SO ORDERED.**

                                        _____
                                        UNITED STATES DISTRICT JUDGE


         01/14/2021
         _____
**Dated:**