```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :         17-cr-120 (JSR)
         -v-                         :
                                     :            ORDER
BRIAN COLON,                         :
                                     :
             Defendant.              :
------------------------------------ :
```

JED S. RAKOFF, U.S.D.J.

The attorney retained in this case, William Stampur, is hereby deemed to have assumed representation of the defendant in the above-captioned matter in his capacity as a CJA attorney, *nunc pro tunc*, December 15, 2020.

SO ORDERED.

Dated:  New York, NY
        June 14, 2021

_____
JED S. RAKOFF, U.S.D.J.